Ramsell-Sanchez Krissy
Name

Janedoematters@gmail.com

801 Roosevelt Ave
Address

Grants New Mexico 87020

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2022 FEB -7  AM 11: 42

CLERK-ALBUQUERQUE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

Ramsell-Sanchez _____ , Plaintiff
(Full Name)

v.

Donald TRUMP &Dpt of los Angelos
board of supervisors, Downey
police dept, officer 1-5, Sgorainakler
1-5
, Defendant(s)

CASE NO. _____ 22cv85-LF _____
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.§1983

## A.  JURISDICTION

1)  Ramsell _____ , is a citizen of New Mexico
    (Plaintiff)                              ( State )
    who presently resides at 807 Roosevelt AvE
                            (Mailing address or place of confinement)
    Grants New Mexico 87020 .

2)  Defendant Donald TRUMP _____ is a citizen of
              (Name of first defendant)
    USA, Washington DC, CAliforNiA _____ , and is employed as
              (City, State)
    President _____ . At the time the claim(s)
    ( Position and title, if any)
    alleged in this complaint arose, was this defendant acting under color of state law?
    Yes ☒    No ☐    If your answer is "Yes", briefly explain:

⭐ Attachment ADDED

Petitioner ( pro se)

Krissy m Ramsell – Sanchez

807 roosevelt Ave

Grants new mexico 87020

is a resident of new mexico and resides in new mexico the injurys happened in California petioner is pro se and jurisdiction is correct in closest federal court house to petitioner which is alberqurque federal court of New mexico .

Complaint is for civil rights , constitunal rights federal rights , and relif sought is imminent to the safety of a human being .

Defendants additional ( All under state law color of All sued in personal & offical capacity )

1) Defendant is Downey Police Dept City of downey

    10911 brookshire ave

    Downey California 90242

2)  City of Downey

    11111 Brookshire Avenue
    Downey, CA 90241

3) Defendant is employeed in California city of downey

    Officer 1 Defendant is Downey Police Dept City of downey

    10911 brookshire ave

    Downey California 90242

4) Defendant is employed in California city of downey

   Officer 2

   Defendant is Downey Police Dept City of downey

   10911  brookshire ave

   Downey California 90242

5) Defendant is employed in California city of downey

   Officer 3

   Defendant is Downey Police Dept City of downey

   10911  brookshire ave

   Downey California 90242


6) Defendant is employed in California city of downey

   Officer 4

   Defendant is Downey Police Dept City of downey

   10911  brookshire ave

   Downey California 90242

7) Defendant is employed in California city of downey
   Officer 5 ( supervisor )

   Defendant is Downey Police Dept City of downey

   10911  brookshire ave

   Downey California 90242

8) Deffendent is and or a resident of California
   CALL CENTER CPS
   7807  compton blvd
   Los angelos California 9001


9) Defndent is employeed in and or a resident of California
   Cps Cfs Dphhs
   Fransica Okwa-Okonu
   Social worker 2
   500  W TEMPLE STREET SUITE 383
   LOS ANGELOS CA 9001

10) Defendant is employed in and or a resident of los angelos California
    David Boyd social worker supervisor
    500 W TEMPLE STREET SUITE 383
    LOS ANGELOS CA 9001

11) Board of supervisors executive office IS IN CALIFORNIA
    500 W TEMPLE STREET SUITE 383
    LOS ANGELOS CA 90012

12) HOLLY MITCHELL IS EMPLOYED IN and or a resident of CALIFORNIA
    Board of supervisors executive office
    500 W TEMPLE STREET SUITE 383
    LOS ANGELOS CA 9001

13) SHEILA KUEHL IS EMPLOYEED IN CALIFORNIA

    Board of supervisors executive office
    500 W TEMPLE STREET SUITE 383

    LOS ANGELOS CA 9001

14) JANICE HAUN IS EMPLOYEED IN and or a resident of CALIFORNIA
    Board of supervisors executive office
    500 W TEMPLE STREET SUITE 383
    LOS ANGELOS CA 9001

15) HILDA SOLICE IS EMPLOYEED IN and or a resident of CALIFORNIA
    Board of supervisors executive office
    500 W TEMPLE STREET SUITE 383
    LOS ANGELOS CA 9001

16) KATHRYN BARGER IS EMPLOYEED IN and or a resident of CALIFORNIA
    Board of supervisors executive office
    500 W TEMPLE STREET SUITE 383
    LOS ANGELOS CA 9001

17) Foster mom
    IS EMPLOYEED IN CALIFORNIA
    Board of supervisors executive office
    500 W TEMPLE STREET SUITE 383
    LOS ANGELOS CA 9001

18 ) TRUMP Donald official and personal capcity ( alias and known as ) is employed in Washington dc Washington and California and a resident of all 3 states

## THE TRUMP ORGANIZATION

725 Fifth Avenue
New York, NY 10022

The White House

1600 Pennsylvania Ave NW

Washington, DC 20500

The White House
1600 Pennsylvania Ave NW
Washington, DC 20500

19 ) Sabrina helton in official and personal capacity is employed in California

4848 Civic Center Way Los Angeles CA 90022.

David boyd refused to train subordinate and change service plan he participated in the kidnapping and continued removal of a.s as stated above

Board of supervisors had meeting with me failed to rectify the broken policys and laws and enforce the subordinates to follow policy failure to train violating civil rights THEY ARE RESPOISBLE FOR THE policys and enforcing the laws and policys with the social workers below them to take complaints and resolve them etc

Call center takes children with out warrants

Supervisor of Downey participated with officers 1-4 in illegal 5150 hold discrimination threats physical abuse and battery refused internal complaint resolution and case records

Foster mom has a licence and is required by state laws to not abuse the children in her care and to follow the court order of visits she has kept ari for over 1 year and failed to answer the phones or return calls in addition to the complaint receives money for the children in her care

City of downey allowed for discrimantion evn though website shows they do not and are aware of the American with disability acts

3) Defendant <u>County board of Supervisors</u> is a citizen of
(Name of second defendant)

<u>Los Angelos California</u>, and is employed as
(City, State)

<u>CPS Supervisor</u>. At the time the claim(s)
( Position and title, if any)

alleged in this complaint arose, was this defendant acting under color of state.

Yes ☒   No ☐   If your answer is "Yes", briefly explain:

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

## B.  NATURE OF THE CASE

1) Briefly state the background of your case.

Unlawful removal of child from parent Kidnapping Abduction, Violation of civil Rights, Violation of constitunal; State constitunal Rights. SEE Attachment for " Nature of CASE"

e) Approximate date of filing lawsuit: _____

f) Approximate date of disposition: _____

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C.  Yes ☒  No ☐  If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No," briefly explain why administrative relief was not sought.

Police reports, National center for missing & exploited children, board of supervisers complained Downey police internal complaint. Contacted Marines made report, contacted Attorney General of California, contacted Governer Newsoms, White house complaint

### E.    REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Immidate return of A.S to my custody if

Ruling in favor of pro se Petitioner |law
15 billion $15000000000. USD
mediation to resolve case
TRIAL BY JURY
Require California to Not fu mexico. of All the children in State custody Illigally detained
end sex trafficing

_____                _Kristy Sanchez Ramsell_
Signature of Attorney (if any)                Signature of Petitioner

Attorney's full address and telephone number.

Complaint

Claim for Relief civil Rights 42 u.s.c 1983

(First ,Fourth, Fifth , 6th & Fourteenth Amendment _ (Familial Association, Privacy, Warrantless Seizure of Child/Unlawful Detention;etc )

Claim For relief For Negligence

Claim for Relief: Kidnapping

cps DPHHS Policy in lawful removals ,a person commits the offense of kidnapping if s/he knowingly or purposely and without lawful authority restrains another person by either secreting or holding the other person in a place of isolation or by using or threatening to use physical force. )

Claim for Relief: Illegal search and seizure of self and child

Claim for Relief; False Imprisonment unlawful restraint

Claim for relief Intentional Infliction Of Emotional Distress

Claim For relief retaliation

Claim For relief Violation of HUMAN RIGHTS

Claim for relief Violation of state civil rights & California state Constitution

Claim for relief General damages and special damages PUNITIVE DAMAGES

Claim for relief disability discrimination

Each as a count


My name is krissy sanchez-ramsell

( also legally known as London or london Sanchez and various fictatious business names kings kid etc )

I was born here in the usa in New Jersey in an affluent family who's mother conceived here with a legal citizen known as javier Sanchez from south America .I have many siblings between multiple moms and half siblings by other dads almost all were raised here , I am a voter ,citizen ,business owner, mother, grandmother ,sister, friend ,aunt, foster mother , adoptive mother , volunteer ,multiple sclerosis and cancer survivor .Model photographer,press card holder, author, dancer , pastor ,advocate , life coach , actress , songwriter ,singer , www.Instagram.com , www.youtube.com , Www.google.com celebrity , advocate ,Native American pow dancer . artist , advocate poller with Www.Change.org , and Www.Janedoematters.com , www.facebook.com celebrity widow prior to this complaint I was known as catholic and Christian and have a large extensive community of leaders deacons pastors church members with church buildings non profits these locations are accessible to all families and children and have everything from child care to counseling with in our own government and jurisdiction also known as CHURCH and not of any need of state services nor fiancés ie welfare .Our curriculum is evidence based religion with books and doctrines such as the bible the torah the koran with over 17 million active

church attendees in the California area and surrounding states . Nondiscriminatory practices and safe
child rearing while separation from state to ensure upbringing and compatibility is maintained .

I am disabled currently and on social security insurance in which my working paid into my social security
account I am currently below poverty levels due to my special needs and disability. I am a protected
class under various different protections.

DISLCOSURE STATEMENT - 1

Case No.: Cv-17-156-BLG_SPW-TJC

INITIAL DISLCOSURE STATEMENT

Plaintiff's initial disclosure statement "plaintiffs is prose with no high -school education and has never

created reports in the event this document is not sufficient for the courts plaintiffs requests leave to
amend

deficits or explain or clarify ". Plaintiff requests trial by jury in the event the defendants refuse to settle
and return a.s .

Basis for federal Jurisdiction & venue

Jurisdiction is proper in federal court plaintiff alleges multiple civil rights violations under 28:usc 1331 ,

1343, U.S constitution 42 usc 1983 as well as California constitution violations all defendants were
employed

in California and Washington D.C

Brief outline of case

Plaintiff pleads her complaint and all paragraphs and incorporates it here,

Plaintiffs children were illegally seized by social worker and Downey police dept. located in California .
without warrant ,court order, imminent danger , abuse neglect or consent .The social workers and police
operated under color of the law and formal municipal policy's that have been endorsed by the county
and city of los angelos they failed to follow law and procedures and have adopted unsafe dangerous
responses .

 1violated plaintiffs constitutional rights, and the practice of the social workers and policy's in place are
so 2widespread that it has seeped into the communities around the dept. and has and continues to
effect 3plaintiffs security in California to be free of these Unconstitional policy's .The defendants not
only held 4retaliated with purpose and intent to keep plaintiffs child they disobeyed all laws and
obligations to plaintiff 5and her child A.S 6Defendants kept plaintiff children against all legal guidelines
and statutory authority plaintiff was retaliated 7for suing the dept.

. Plaintiff alleges negligence  and failure to follow policy's in regards to suspected drug addictions in citizens .Defendants plaintiff has a legal  doctors letter and a state prescribed medical marijuana card since 2016 for marijuana due to cancer and multiple sclerosis debilitating diseases  (not addiction) .

social worker number 1  with out a warrant or life threating danger transported my child across city and county lines in an unkown vehicle and forced child to be exposed to other strangers she then handed him to another social worker indemnifying as a female this worker number 2 francisca okwa had no warrant no court order nor any case or signs of abuse to child fransica began emailing me with demands

and refusing to tell me where my son was at she filed fraudulent paperwork in an exparte hearing and over the phone with Sabrina Helton ( personal liability ) who had no warrant nor evidence of any prior hearing in which nor identification of the child the social workers presented no proof of abuse or neglect and sabrina continued the hearing and continued an unlawful illegal court room operating she  removed plaintiffs son from her care

plaintiffs due process was violated her right to be free of government employees abuse lies and malice

activity's .plaintiffs had a right to a fair and though investigation and services and any interaction with a

state official was to be free of injury . Social worker withheld crucial evidence from the affidavit in order to gain a court order. The court order was sought with no eminent danger & fraudulently obtained they stated Sanchez was hospitalized when she was not and on July 2nd they had no reason to suspect abuse nor to initiate a pick up .

. Defendants ignored the court order they received and denied plaintiffs the right to follow it by forcing her to do the court plan at multiple locations verus one court plan I e judge said one parenting course Sanchez completed 3 cps if lawfully acting is typical to a welfare office in which one is to apply for services counseling therapy testing parenting etc and the state then pays for it upon application from a parent for there services they are a trillion dollar company with a state license hiring their own individuals and failing to follow state laws they are not the same as a higher up STATE SOCIAL WORKER .They are supervised by a board of supervisors known as l.a county board of supervisors with presidents and corporate affiliations  They receive federal money state money and private money they are to be a middle man offering paid services for those low income individuals in need of preserving the family in the event there is abuse or neglect .


Defendants supervisors acted with deliberate indifference to plaintiffs constitutional rights and failed to train their subordinates appropriately they failed to rectify any wrong doing and continued to persecute

plaintiff with holding her child placing  him in a dangerous covid 19 environment with disease from coronavirus they failed to do a pshe evaluation of the adults living in the home and did not properly properly offer services and leave the family intact. Plaintiff suffered great injuries during the involvement physical pshological and financial life long consequences to the trauma of a child being taken with out a warrant and illegal removal of a child separation between entity and child with these state officials acting under color of law and in full negligent perjury and fraud .The defendants violated multiple laws policy's and upheld and acted indifferently to plaintiffs constitutional rights.

③

On July 2nd 2020- current time  I was discriminated on denied due process of law with in this complaint is the allegations and facts that resulted in constitunial rights being violated as well as illegal removal of child and abduction

(krissy m Sanchez California real id legal name for state identification purposes ) there is over 5000 individuals with the last name sanchezs in los angelos area and over 230 ( krissy Chrissy krisi kristy sanchez's ) Explore the Sanchez family history for the Spanish Origin. ... the name Sanchez is the 10th popular surname with an estimated 271 people with that name from spain with mixed heritage of noble blood lines and family my father was born and raised in euraguay south America to a long line of brothers and family .and illegally detained on a presumed 5150 hold in Downey California by 4 officers responding to my call On July 2nd 2020 a.s woke up in his comfortable pajamas clean and well-groomed no history of abuse to him nor allegations of abuse to him no open cases with in California child welfare no history of open cases in California no welfare payments from California nothing connecting them to any allegation in a computer or made up whether by error of last name and racism or he hugged his mother giving her a beautiful smooch on the lips his baby breath still apparent good morning mommy can I watch paw patrol and see if the fireballs hit the fire station yet ..yes baby that's fine lets get some breakfast and you can watch your cartoon, said his loving mother .. I had overheard 2 male guests at the embassy  hotel that I was a guest at joke they should blow the place up .I found this to be of concern and alerted the authority's at the local 911 phone number and told the fire dept. what I overheard  and then told the hotel manager of what the 2 younger males said when the officers arrived I gladly told them what I overheard and who they were what floor they were on and what they looked like during this voluntary conversation as a citizen alerting authority's for services to a private property this should have been simple enough they should have went and questioned the boys or looked at the cameras .Instead thee female officer who is bisexual and someone I recognized from the community outside of work decided she wanted to search my body physically .I said no but id lift my shirt and shorts and show them I had no pockets no weapons and I did this for them . once she same me half nude she wanted to put gloves on and touch my entire body in a frisk movement I declined once again they then physically grabbed me suddenly viola tingly causing my bowels to loosen I already have a disability and diarrhea came out of me shaming me and my consciousness . They injured my arms and leg and took me away from my grandson who I have adopted and cared for since birth as well as caring for his mom and other children he will be referenced as my son or A.s in this complaint .This frisk to a grandma and mother forced sexually touching and detainment violated  the federal laws protecting my constitutional rights the federal (Vowa) VIOLENCE AGAINST WOMENS ACT and ( ADA )  American with Disabilities Act .I have a disability called multiple sclerosis this causes me to use wheel chairs during times of flare ups causes a hearing loss and airy surrounding these flare ups .I am an active survivor of a rare strain of cancer and was in active recovery from the cancer as well as maintain my own personal life . I am a dedicated mom with over 20 years of professional parenting class's courses and a community asset. At the age of 17 I began trading to care for disabled adults and children a passion of mine since my youngest sister was born with a disability effecting her entire quality of life . I have been lisenced to provide care for children and adults in the state of Washington Idaho and Nevada and trained with government officials state workers and have a prior service history I am a mandatory reporter and whistle blower . My disability never effected my parenting nor my safety ability to protect my child( ren )



When The officers asked what I was doing there I told them I had been on the trump campaign schedule voting and obtaining community votes I had a novelty trump Id and my actual Identification a California issued government state Identification card and my Montana drivers liscence . My primary volunteer work is with JANEDOEMATTERS in which we investigate sex trafficking and missing individuals as well as assist in community peer support helping advocate for needs of individuals . 95% of our victims hold normal jobs ie government jobs court room clerks tv media personailtys and have been under the doctrines of religious influeneces and people who work in the luxury of the government offices utilizing those offices and jobs to  taking advantage of victims . Sex trafficking child trafficking is a nationwide issue right now from the former policy makers that failed to follow moral compasses .

Officer 1 the female said she couldn't arrest me id done nothing illegal but she was going to arrest me on a 5150 hold which in California is known as someone who is gravely mentally disabled unable to provide emergency needs for themselves such as a drunk on a corner intoxicated unwilling to go to detox while on prescriptions for mental health disorders effecting there decision making ability .I met none of these criteria's nor the legal definition of a Gravely disabled individual .Physical disability is not the same as a  mental disability . she required me to sit in fecal matter for over 45 mins . refusing sanitary care of a restroom . My speech was accurate my where abouts were known I clearly knew who the president currently was and that Joe biden was next . Part of my jane doe matters and campaigin was to take on other people's storys and to understand there view points as well as taking volutneeering undercover to meet with janes who had children missing

 I myself was anti trumps current procedures since he allowed sex trafficking child slavery international sex trafficiking pornograpy and more under his admisnstartation multiple victims from the Obama era me being one of them had come forward to enforce laws or begin to be vocal about them .I had met with some name with held male visctims who had been sexually abused for over 15 years as well by Obama and white house staff and were currently seeking asylum and help in being free of sexual fortitude and slavery .

I had direct contact with the white house weekly and have lots of emails from trump and the white house with their logos as well as texts to my personal cellphone . I also had filed a paper to inform them of my intent to one day run for president or a better paying retirement since I had been exposed to the unlawful side of the presidents I.E sex trafficking of myself and life by elites as a teenager and was anti porn industry since these are victims as well . According to the political voting this is how you begin you file the paperwork you pay a fee you turn in votes and you try to make a difference. That's the beauty of America I am free to try to make a diffence for the future . I am well known through the international world and locally due to my videos books art and public expose with aprox 2.5 million fans or followers these are people who engage with me daily or weekly through all forms of contact in person to online .



The officers supervisor officer 4 showed up I asked why I was still handcuffed and they must release me I was not a threat to myself nor any person and the boys is who they belonged asking .

The supervisor said "I have no idea why she is choosing to arrest you that's up to her " he was the supervisor responsible for her and the others on shift that day required to agree to the 5150 hold . I asked what I had said or done to cause them to even believe that a 5150 hold was appropriate they gave no response instead they illegally went to the hotel took my laundy from the laundry room phsycially threw it in my van took my screaming crying child and said it he would be waiting at the police station in there waiting rooms until the 5150 hold either admitted me to the hospital to detain for treatment or released me . I told the paremedic I was decling all services and would sue them as well that this is an illegal action violating my federal rights and constitutional privileges . he agreed and said he understood and he would as well but he had to take me since the officers said he had to . Once I got to the keiser hospital they evaluated me with a physiatrist and a emergency room doctor and nurse and all agreed that I had no reason to be detained nor have treatment and released me from the city of Downey and police officers 5150 hold . I contacted the Downey police officer said I was on my way to pick up my son and asked for the address .He said no problem gave me the information to the police station for me to find it on my gps .

I went to the police station and the front desk said someone else had already picked up my son about 15 mins earlier I panicked inside what a sick sudden shock and surprise.

This made me worry that this was going to get very political very fast.

The officer #4  handed my son out there back door to an unknown to him subject who identifies as female .

He had no name for me no phone number and had no idea who he handed my child to

I called the local child protective services and they had no information on any one being picked up from the police dept. .About 30 mins later a blocked phone call came to my cell phone with a husky voice saying they has picked him up my son and took him and transported him with out consent from me or a judge . California requires a warrant to speak to children or remove them from the custody or care . This raised all red flags and white for me . The state doesn't allow for removals absent these unless voluntary . The constitution also does not allow for removals of children absent extringent circumstances or death or bodily injury . I notified the white house as well . the caller said I could have my son in the morning I asked her to come back to the police dept. ( assumed female) and speak to me there she refused .

The following morning she called back said how beautiful my son was well groomed well cared for and that shed call me back in about 9 am .That call never came in 10 days later I received another phone call this women identified herself as a state actor with the "CPS" ( child predator services  / Christian predator services / child punishment services .I asked where her office was and supervisor she refused to say and had me meet another person in a starbucks parking lot my son was not with them .I presented Id showed them my custody paperwork and asked for his return she asked about my background I told her of my parenting strengths and my concern of how my son was even with them . I



told them what happened at the Downey police she then asked me about my paperwork to become civilian president she had a copy of paperwork I never gave her nor filed and a federal paper that didn't have a case number had no right to be in the hands of a state actor nor to be used to have a political threat to me she said she would get back to me asked how much money I had on me and how long id be in town for . She didn't contact me back her cell phone she never answered again . I received a email notification stating I had a court date no one served me paper work nor identified the type of court or setting to expect . This is also disability discrimination as well constitutional violations freedom of press freedom of speech ( I have a press badge ) state interference during political activities for monetary gain .

I went to the local court house in Downey they had no A.s or krissy Sanchez in there system and had not taken my son . Instead I had to go 2 hours away out of l.the city of Downey to Los Angelos a different jurisdiction and when I arrived to a court house no judges were there and signs stating due to covid 19 court was closed . Cornavirus is a very serious disease that spread through out the USA And international stemming from china and Russia it is a rat or aviarian disease that once in humans kills them or can cause permeant damage to there body . I called the cps office in la asked for a supervisor david boyd was given to me and his voice mail said due to the national state of emergency covid 19 the child welfare offices were closed to the public . his voice mail still says this 1.5 years later .

I called the number given to me via text to hear a court hearing in which I couldn't understand the judge or the court room setting over a speaker phone with multiple others on conference calls I was told to remain quite put the phone on mute . after 5-7 mins they hung up I received an email stating that my son was going to be sent to WASHINGTON STATE and that they had an open case in Washington they did not have any such case and had the wrong family at this point I was told that my son had relatives in the area and given names of other clients none of these facts were accurate I was told I was hospitalized I was not admitted to a hospital I was evaluated for admission and not admitted for any psye or mental health issues .

3 weeks later the next phone call was similar except now new case evidence was alleged against me the people were talking about different families and different kids none of the facts added up with my case and my child had not been seen by me in over 30 days since he was  kidnapped by a state actor working odd business hours .

I went to the address given to me over a cellphone and it was a commercial rented office space in a building with a cheap sign in a different county then A.S was taken from the signs I ignore in training it said local dept. social health services and requested a social worker to retrieve my son. I was told they had a court hearing coming up and I could see my son out front of their building I believe there was dphs workers missing or not there the building wad in a ulticonplex with no state Logos anywhere and I had seen multiple sex sting trainings where those trafficking people via a alleged state office use buildings outside of original counties child was taken from and rent an office and never let parents see inside or if kids are even in a foster home .When I arrived to the time to see my son I expected to be interviewed and reunited instead the depts. social worker came outside and I now visually recoized her from the national irsparm community awareness scan as a sex trafficker working in social services and keep g her and her husband's sexual life out of the office so no one would assume .

⑦

My heart sunk when I saw her as a former foster kid growing up. You don't forget these faces with long histories of abuse .She had no court paperwork from the local courts or warrant hearing .I asked multiple times what I needed to do to get my son back she stated she didn't know she was not the one who took him. I told her she needed to do her part and know why she has a child in custody or its kidnapping. she refused .At the 2nd visit my son arrived and we decided to go to my van parked at the same curb the visits were being conducted at my traveler van had my son's blanket and recognizable objects food etc. .I gave the worker my keys so they would know I wasn't leaving the workers then argued and belittled my parenting and time with my son provoking fear in my child and myself .they raised their voices to a yelling level and I choose to comfort my child and hold him and speak very quiet in which the social worker ( okawa ) then retaliated farther and ended my visit with my son disrupting our bind and security. She then had me banned from seeing my son in person and said virtual vistis only no law says courts can order children to only see there parent virtually through a television . childrens emotions don't understand the concept of moms on tv screens . however the foster mom hung up on me when I saw my son crying and brusied in her care and he was asking to come home .

At the first alleged lawful court date 3 weeks July 2021 past the illegal seizure of me for a 5150 eval I was told the court room wouldn't be allowing people to see judges which is unconstitutional as well violates the codes and laws surrounding decorum and legality in jurisdiction to the court . A court is a building to be used for various functions judges are assigned rooms to use while on there shift. Judges cannot choose to ignore there court rooms and go on vacation and hold meetings over the phone that effect a person's freedoms. I was told via text message to a cell phone and id get a call to my cell for court at that phone call I heard some voices claim to be attorneys for the dept. and for the child .The dept. attorney lied and said Sanchez has a Washington state investigation removal order we need to do an icpc. I never consented to any services by the cps organization or its various titles nor did I agree to use my devices or phone and equipment for the state to conduct their business and there intentions on to prove their case .Irsparm

The voice claiming to be a superior court judge Sabrina Helton  did not verify any persons identity instead just went down this list of people and spoke to multiple people on the phone . When I believe they moved to my case they said to each other allegations of Washington State having a warrant to pick up my son they had no such warrant Washington State never contacted the court or officers with any such warrant this was a non-existent fact that didn't apply to my case. They illegally continued to keep my child from my care without local jurisdiction or a court order from any other jurisdiction the case should have been dismissed immiditlty. This judge did not ask for a Washington warrant to even begin to assert jurisdiction instead her daily revenue in wall street's index file and former lesbian relationship with multiple janedoematters.com women took priority .The "judge" had no evidence presented to her from the social dept. nor did she have any trial or witnesses of any Washington warrant, abuse drug use or any other allegation. To the contrary she had an innocent mom and child on a phone with many other cases. the court had no legal reason to state eminent danger No emmint danger No statue authorizing a hold on a child in California jurisdiction based on another states alleged warrant . the superior court already ruled a parent isn't required to prove inncocence in child welfare hearings. The judge was not presented with photos or videos of abuse or a report by a dr or physician . The court record has been falsified by all standards and is abusive to the law and to myself and child .

⑬

The officers did not have a warrant to arrest me nor a crime committed or judicial authorization to take my son nor did any 3rd party since .

Corna virus act only allowed for states to use video conferencing for felonys already in prison or jail and an act doesn't over ride the constitution .

The judge and officers named have been involved in upper class high society socialites since 1998 and back as far as 1940 and this tradition of not taking each child seriously and following constitutional laws each and every time has finally broken the back of the courtroom in los angeles . over 4500 kids are missing from there familys in la county under this admistration they are not obeying the constiuinal laws and federal madates protecting families and children exposed to the harsh court room . courts are to be a place of reconciliation wholeness and justice not demise and separation .

An additional over the phone hearing was set The judge had no jurisdiction and personal choices to keep Sanchez's child due to former relationship with Sanchez and her knowing her from her work in Spokane and the white house affiliation as well as trump elections and at this 2nd hearing the court was updated and told that Washington did not have a warrant for removal and was not participating in any sort of transfer or detainment . The dept. was to dismiss at this stage and the judge had a preponderance of evidence or lack of evidence showing any legality in the case showing that the court had no jurisdiction to separate a.s from krissy .The judge sabrina Helton had a 2nd job in Spokane Washington as a bail bond agent releasing felons into the community with out over sight of a judge an official judicial complaint as well as the board of judicial performance have also been notified .

Sabrina Helton placed orders on me detaining me in the los angeols couuminty forcing me to use services and providers and removed access to my child completely violating his right to have least intrusive services offered by the state when ever there is state involvement . These orders were on behalf of the dept. and didn't recognize or consider

The hardship to my family or disability was not ever considered these orders were unjust ovr handed and completely unvoluntary . They were unconstitutional when it comes to child welfare removals the right to parent and federal laws surrounding disability mental health and drug use the case service plan was Impossible plan with weather below freezing, earth quakes, fires and national emergency coronavirus. Yet they stated even with all these things going on they must follow the law of 6 months to complete this is horrendous and grotesque.

I was court ordered to do 5 random drug screenings in which the drug testing was to be negative for all substances other than marijuana this is illegal I was never accused of being a drug addict marijuana is illegal there was no proof of any drug use and this required me to stay for over 7 months every day calling into a random line and waiting to see if the pox tax was going to call me in for a test I completed 7 tests all negative for all substances except marijuana.

I was court ordered to have 3 visits per week in which they had me meet at the front parking lot of a rented building with locked doors to the inside no shade no restroom no where to sit this is disability disriminaiton after my 2nd visit the social worker said I read the story book to my son to quietly and terminated the right to see my son outside of a video call . Sabrina agreed and signed off on this this is illegal

My sons superior court order foster care placement  foster home was placed into the lowest poverty county with highest crime rates people of different race and culture and religion non indian non christain and they were sick with the deadly disease corna virus they did not answer the phone after stating he was in the hospital with corna virus and brusied on the videos crying the foster mom ( who I have no proof who she is or if she has a lisence hung up when aris brusies were seen and he was crying stating they hurt him and he prayed jesus would let him come home soon .

I was court ordered to do a pshye eval unconsntitunal if I had mental health issue my regula providers or self could obtain these sort of dr evalautiosn with out speeration of child

I was ocurt ordered to do a parenting class that took 12 weeks sitting in the county

I was court ordered to go to counceling to discuss childhood trauma and the case

All servies could have been done voluntary with child at home in my own city if I needed any of these services

I completed 3 parenting classes

3 pshye evals

Weekly counceling for over 7 months

At the hearing in November they said I was hardly in compliance with the court orders even though all services had been completed .

The dept. refused payment for any service they didn't like the outcome of ie parenting class through assanti was completed in 2 hour classes 2x a week versus 1 class 1 hour a week so they refused payment even though course work was complete

This also is Medicaid fraud and tax payer waste I had no need for parenting classes I had already completed these in professional career life with certiicates and graduations

Every agency on there list was closed do to covid 19 or had months long wait lists to obtain servies so parents cant complete the plans in the typical 18 months typically given when the state is in national

emergency and providers are closed to public . The dept. if closed to public legally has no business operation to a public civilian .

These court orders requested by the social worker  illegally detained me in the county

I was not from the area and was at a hotel once they placed orders in for me to complete services all were in la county I know had to physically stay in la county inside my car at a hotel my funds ran up with the expectation to remain in a expensive county that I had not been used to being in the atmosphere where they had my son living is  also is a dangerous county most funds in the community  collected via drugs trafficking , crime and illegal gains.

My m.s syptoms worsened by the pressure of the case not being able to admit any evidence on my behalf example rebuttal and being to I spoke to jesus well I prayed for 30 mins saying over the phone that I was guilty of abuse when no photos or actual evidence of ABUSE or neglect was ever presented just typed words and allegations . all void on there face I asled for a  trial never got one to present evidence . 2.5 years of my son being exposed to other kids who have problems is unjust and never fair ari has 100s of other family members between grandparents and cousins aunts uncles etc foster care with stranger was not fair . being bruised and beat up in a foster home is not fair .My life and income has been severly damaged my childs health has been he was born with chrones disease a disability instead of any treatment of schedule for him they traumatized him so severly from the abuse and separation that he was diagnoses with a mental illness while in there custody one that never existed prior to them touching him .

The California board of supervisor heard all my case ocncerns in a phone call and stated as soon as the judge orders the return of the child will force that worker to obey the law . there respoisbility is to alleviate issues between the workers and there selves they are the board above the cps workers repsoible for training hiring debt and lawsuit navigation among other responsibilitys

The social worker has multiple texts and emails in which she has discussed being a sex trafficker with me adding me on social media and refusing to do her job if she is even a legal board reconized state social worker . there is a legal differnec ebetween a state social worker and a person hired to do a job and use a title of social worker on business cards and rented buildnings sadly 4500 other complaints out of 52000 children in californias foster system have never been able to know how to speak loud enough to be heard and explain the injustice of the system effecting the minoritys disabled and mental health of individuals .

The social worker asked for more evaluations of me verus return of my child a court ordered 730 evaluation in which I was sent to a friend of the judge who was a m,d not a psychiatrist a board complaint was filed against him as well .

(11)

After this eval they discreted all of my previos time frame and court orders and denied case compliance adding additional drug tests and medication all which are contrary to my health and safety .

Its been 1,5 years almost since contact with my son I havebecome bulimic from the stress of not knowing his well being I would neer have ever walked out on him nor abandonded him to a sickly deadly covid 19 foste rhome I have been negative for covid tested 5 times and got the vaccines offered .

My son was current on all immunizations and they took my medical rights and educational rights away from me forcing him to sit at a computer for 7 hours a day for schooling at 5 years old damaging his eyes brain and emotions computers and screens are recommended by pediatrics no more then 30 minsper day and the social serives and judge found best interest to force a preschooler homeschool bi lingual child to sit at a screen for over 7 hours per day hes a nino 6 years old at time of abduction from me . They never sought his medical information and began experimenting on him under color of law .

If my ex spouse took my son by the manner he did while working as an officer he would be charged with abduction .

I am a widow and protected in this country this has violated my belief in the court system and I am thankful for the exposure to the rest of the nation in which it does not condone in this sort of behaviors on the bench or off .

Even if all alegations were true

If I had been in a van living versus staying at the spa resort in a camper visiting and the hotels

Hotboxing ? not sure how to box I could try id get hot

Claiming to be trump never happened I said ciilain president on the trump campaign former service duty this is not child abuse and ther eis more then one title of a trump or president including many last names of trump and titles for instance I am the  president/owner of janedoematters political and social work doesn't equal abuse .

Filing a federal petition not child abuse the federal court house belongs to the people and is a building in which all sorts of forms are filed

Mental illness that doesn't effect parenting with a report from a dr stating this prior to removal or hospital stating im a danger to self does not equal abuse or neglect

Going to the hospital for a few hours to be evaluated for potential admission or treatment  while officers stated they would care for a child at the local station until I could pick up or a friend is not abuse they clearly knew the time id be there from there  abuse of using 5150 holds on people to detain there day when they cant legally take to a jail the hospital was a regual hospital that treats everything from minor cuts to full bodys they treat for immidite or ongoing illnesses .

No crime nor abuse on my part was ever committed

⑫

Spanking a toddler with a hand and leaving a small bruise is not abuse

(my son a,s however has  a small area of pigment a  small indian birthmark on him not a bruise ) is not abuse

Reporting rape by electricity drones clones etc

Not illegal to the contrary made myself and child a victim Drones ie drones also known as satelites

Capable of harming humans in the usa a problem . ie the report to officers made by Sanchez on behalf of ari and to document the truth .there flying devises controlled by remote control like a toy car on the ground they can malfunction and the elctricty can becoe connected ot he human body or near by devises this has been an onhoing issue with all the devises flying in the area by remote controls there is multiple hotlines to report and if you know which operater is responsible you can report to the embassy and the security systems so they can be repaired .

Hotboxing allegation is not familiar in my generation and not abuse

All allegations must be met with evidence that meets the standard defined as actual neglect or child abuse to continue detainment of a child or to interview a childs family or friends  and evidence doesn't equal removal it means the welfare dept. is to offer servies and pay for them to keep the family tighter and avoid separation at all costs in the event all services failed to keep me with in safe parenting then the child is to be placed with relative he is used in his race religion and upbringing . The laws are very clear federally and state wide as well as moral compasses .

ABOUT THE BOARD OF SUPERVISORS

The Board of Supervisors is the governing body of the County of Los Angeles, a charter county. As such, it has the unique function of serving as the executive and legislative head of the largest and most complex county government in the entire United States. A civil service staff which performs the duties for the County departments and agencies serves the needs of the County's population of more than 10 million people.

Anderson v. City of San Jose

http://www.laalmanac.com/crime/cr03.php

https://casala.org/?gclid=Cj0KCQiAoY-PBhCNARIsABcz772ZhUGprKyQWT2p6clfkpaS0nx4_UQbDBarsgFCcf8Ajuz2Om6B-EkaAi2cEALw_wcB

30, 000 children in foster care in the county this is higher then any other county in the usa this is specific to the county not following law & order and recommendations from locals as well as THE CONSTITUION

Damages to self and janedoematters

Donald trump and his admistration is responsible for the known sex trafficking in this country of over 5 million foster children and has benifited fisnacially from ignoring these cases he has personal

relationship with me and many others in the janedoematters community he has personal text messages and emails to me on a daily basis

His admistration has received 1000s of complaints of Medicaid fraud by the county failure to train and many other allegations by many indivduals and family as well as congress he usually asks for more money from congress while ignoring the safety of our children . he has hired immagrants from other countrys and religions to work in social services and use the check writing privalage and offices to go door to door and take children illegally all under color of law and illegal . this is a rampant issue in America that must be addressed for the saftey of our children .

His admistration was required to train and enforce the laws surrounding foster care nad cosntitunal training for states . his duty to the country while serving as a president involves the admsirative dutys of signing the bills to enfoce the law he stated hed give me 250000 to keep my kid in foster care since he was a Mexican spick anyway and it made good controversy during elections to allow laws to be broke to gain media attention . his involment with my child is critical hes the president to the children as well and the families of America . Joe biden claimed hed allow my children to remain raped in foster care and id be lucky to see them alive again since tump s who I was directly working on the social laws and votes for with in the californa community . Govenro newsome said if I came back to his home to speak about it after dinner I might get somewhere but until eections were over they wouldn't get involved in big boy games and time to grow up . the attorney generals office voice mail says they help citezens on California with issues like this but then direct you to federal court or judicial offices . the officers gave me a right to sue letter however there state offices all were lcosed to public due to national crisis . These sort of crimes effect our nation and are war crimes if afganastan was guilty of stealing 35000 kids from poor people they would lose there land . it is uncostituinalf for an acting president to reponf this was . And for the court record many many vistimes are 0-56 years old and have been taught that the money influcing people allows for kids to be taken or false arrests and shaming of people . As a vistor to many country connected to every political family my sons removal was met with angst and trauma . As well as the discaperance of my 17 year old daughter 3 days prior to a,s being taken as well as my 32 yea rold sister who went missing the same week . victims are taking to be used for porn abduction videos hooro movies stock index profits and black mail videos .

Biden and trump both laughed and said since we have tan skin California rapes all mexican foster kids to show them whte superiority .Trump requests money from me daily to relect and my heart is broken . biden also requests money to my cell phone daily . Hes responsible to clean up the mess he created or took over from the former admistration .Trump and Biden said if I dropped the intent to file against the white house until after elections I could get my son back .But that the intent to sue the white house and notify the press of the illegally activity  happening on poerty sex trafficked males from international poveryty communiates immagrants etc would result in longer detainment and that until I donated enough money to get him back hed remain in foster care and adopted to a gay family to pay for my mistakes . They text for money weekly and claim they paid off the judge and the social worker to scare me .This is an illegal removal of a child this is uncostuional violating federal and state laws and kidnapping . Kidnapping somedays looks like a person with a business card so that no none knows to alert the authority's and has become a tool for the administration.  We have a right to life in this country and a life includes the constitution and acess to use all govement locations open to the public or to



petition the court house or declare to the court houses for acess to government locations with out fear of retaliation based on others who politically want to influence women men and children . Trump has allowed for use of government buildings to use over 1500 kids who are now adolesents and adults for over 20 years now forcing them to have children for them to use for trafficking . Many came from the middle east and grew up in ny and never knew the constiuion or the laws which has become an issue in the jobs they hold as well now .

Computation of Damages 81)To be decided by a jury average case settlements in Usa 2017-2019 similar to plaintiffs range from 2,000,000- 99,000,000 PLANTIFF HAS PLACED EXHASTIVE EFFORTS INTO CHANGING THESE UNCONSTITUNAL POLICIEYS AND DEFENDENTS HAVE FAILED TO EVER CONSIDER THE INJURIES ND TIME TO PLATIFFS LIFE TO SEEK RELEIF FROM THERE ACTIONS . $15billion usd $15,000,000,000,000 in check or direct deposit to be paid with in 90 days of settlement agreements return of a.s immediately to prevent on going damages . enough to ensure services are never needed again and our cousntituinal rights are protected

Return release of child back to my custody and care judgment in my favor since this is the law already in existence well known to the average person.

Require California to notify Mexico president of the 5000 plus illegally detained children and ice to notify the president so children's families can be reconciled and help end sex trafficking and illegal removals of children.

Petioner        X  Prissy Sante Ramsell

2-2-22



## C.   CAUSE OF ACTION

1)   I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations:  (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1)  Count I:   see Attachments for each count on seperate defendents

New Jersey supreme court rules parents must not have to proove innocence in child Abuse

(2)  Supporting Facts:  (Include all facts you consider important, including names of persons involved, places and dates.  Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

see Attachment for counts 1-15

B)(1)  Count II:  Kidnapping sextrafficing

see Attachment

(2)  Supporting Facts:

See Attachment

C)(1)  Count III:  *constitunial Violations & harm*

(2)  Supporting Facts:

D)  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐   No ☒   If your answer is "YES", describe each lawsuit.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a)  Parties to previous lawsuit.

Plaintiffs:  _____

Defendants:  _____

b)  Name of court and docket number:

c)  Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?

d)  Issues raised:  _____

Attachment (s) facts  Supporting                                                    1


35,000 children

35,000 children currently in foster care in Los Angeles County. 400,000 children currently in foster care
in the US. More than 23,000 children will age out of the US foster care system every year. 20% of the
children who turn 18 and age out of foster care will become instantly homeless. This is higher than any
other area showing fraud and abuse with similar complaints.

Foster Stats - James Storehousehttps://www.jamesstorehouse.org › stats

How Many Kids are in California Foster Care System - Lilliput ...https://www.lilliput.org › blog › how-
many-kids-are-cal...

Aug 27, 2020 — There are 64,196 (to 66,250) children and youth in foster care in the state of California;
52% of the youth in the California foster care system...



I pray in the name of the Supreme court & THE UNITED STATES OF AMERICA FOR A FAIR AND
REASONABLE FINDING IN THIS CASE that upholds the laws already in place that any reasonable social
worker officer or judicial officer would have known at the time of their duty to act with care and under
color of law . They acted under color of law and stated with emails and business cards to be lawfully
employed by the state of California


Trafficked means someone keeps a child while receiving payments or attempting to of some sort directly
resulting from having the child in one's proximity this also means the child's body is sometimes touched
sexually or abused but the brain is damaged due to the separation and predatory behavior of those
around the child child is anyone under 18 or 21 depending on the county and needs of child at birth.



Sincerely a loving mom who's been terrified to even come forward and speak about what is happening.

https://youtu.be/P7VLUI1Kdnk

You will be found lyrics to end complaint

Lyrics

Have you ever felt like nobody was there?

Have you ever felt forgotten in the middle of nowhere?

Have you ever felt like you could disappear?

Like you could fall, and no one would hear?

Well, let that lonely feeling wash away

Maybe there's a reason to believe you'll be okay

Cause when you don't feel strong enough to stand

You can reach, reach out your hand

And oh, someone will coming running

And I know, they'll take you home

Even when the dark comes crashing through

When you need a friend to carry you

And when you're broken on the ground

You will be found

So let the sun come streaming in

Cause you'll reach up and you'll rise again

Lift your head and look around

You will be found

You will be found

You will be found

You will be found

You will be found

There's a place where we don't have to feel unknown

(Oh my god, everybody needs to see this)

And every time that you call out

You're a little less alone

(I can't stop watching this video, seventeen years old)

If you only say the word

(Take five minutes, this will make your day)

From across the silence your voice is heard

Share it with the people you love

(Repost, the world needs to hear this)

(A beautiful tribute, favorite!)

(I know someone who really needed to hear this today)

(So thank you Evan Hansen for doing what you're doing)

(I never met you Connor, but coming on here, reading everyone's posts)

(It's so easy to feel alone, but Evan is exactly right—we're not alone, none of us)

(We're not alone, none of us! None of us!)

(None of us are alone) (Like, forward)

Even when the dark comes crashing through

When you need a friend to carry you

When you're broken on the ground

You will be found

So let the sun come streaming in

Cause you'll reach up and you'll rise again

If you only look around

You will be found (You will be found)

You will be found (You will be found)

You will be found

Out of the shadows

The morning is breaking

And all is new, all is new

It's filling up the empty

And suddenly I see that

All is new, all is new

You are not alone

You are not alone

You are not alone

You are not alone

You are not alone (You are not alone)

You are not alone (You are not alone)

You are not

You are not alone (You are not alone)

Even when the dark comes crashin' through

When you need someone to carry you

When you're broken on the ground

You will be found!

So when the sun comes streaming in

Cause you'll reach up and you'll rise again

If you only look around

You will be found

You will be found

You will be found

You will be found!

You will be found


Case references

https://fightcps.com/new-federal-court-decision-against-san-joaquin-county-california-cps-social-worker/

https://newjerseymonitor.com/briefs/n-j-supreme-court-rules-parents-cannot-be-forced-to-prove-innocence-in-child-abuse-cases/#:~:text=The%20New%20Jersey%20Supreme%20Court,abuse%20back%20to%20family%20court.


Evidence Attachments

About 278,000 results (0.50 seconds)

Sabrina Ryan-Helton - *Independent Business Owner* - LinkedInhttps://www.linkedin.com › sabrina-ryan-helton-b86a68167

Spokane-Coeur d'Alene Area · Independent Business Owner · Spo-Clean

Sabrina Ryan-Helton. Former Spokane Advocate at the Bail Project. Spo-CleanSpokane Falls Community College. Spokane-Coeur d'Alene Area500+ connections.


"I knew what had brought me to becoming... - The Bail Project ...https://www.facebook.com › bailproject › posts › i-kne...

In this powerful interview, Bail Disruptor Sabrina Ryan-Helton talks ... does anyone know how to contact the Spokane location to get someone out of jail.


Sabrina Helton | Facebookhttps://www.facebook.com › sabrina.ryan.39

Sabrina Helton is on Facebook. Join Facebook to connect with Sabrina Helton and others you may know. ... Places Lived. Spokane, Washington, profile picture...


Sabrina Ryan-Helton - Spokane Advocate - The Bail Project ...https://www.apollo.io › people › Sabrina › Ryan-Helton

View Sabrina Ryan-Helton's business profile as Spokane Advocate at The Bail Project. Find Sabrina's email address, mobile number, work history, and more.


Sabrina Ryan-Helton And The Bail Project - Spokane Public ...https://www.spokanepublicradio.org › post › inland-jou...

Apr 1, 2019 — Sabrina Ryan-Helton (left) is a bail disruptor for The Bail Project in Spokane. She posed with Michelle Domreis last fall in our studio.

Sabrina Ryan - JustLeadershipUSAhttps://jlusa.org › leader › sabrina-ryan

Sabrina Ryan-Helton works for The Bail Project as a Bail Disruptor in Spokane, Washington. She is an advocate for people experiencing the effects of being ...

Health officer defends decisions to jail man who refused to self ...https://www.thereflector.com › stories › best-of-the-bad...

Jul 11, 2020 — While driving to work on a recent morning, Spokane County Health Officer Bob ... Sabrina Ryan-Helton, who posts bail for that nonprofit, ...

Decision to jail man with COVID-19 could set 'dangerous ...https://www.spokesman.com › stories › jul › decision-to...

Jul 7, 2020 — ... could die in jail, and we wouldn't even know," said Sabrina Ryan-Helton, who posts bail for inmates through the Bail Project in Spokane.

Exhibit 1

California Constitution

Section 1

Section 2 Downey officers violated

Section 2 dphhs cps violated by asking about federal case filling

Section 3 Sanchez had a right to correct the officer who was politically rallying by holding onto trump ids while having a college education and military.

Section 6

Section 7 slavery

Dphhs California The White House celebrity guest list playboy mansion governor's office Church's

*https://leginfo.legislature.ca.gov/faces/codesTOCSelected.xhtml?tocCode=CONS&tocTitle=+California+ Constitution+-+CONS CALIFORNIA CONSTITUTION – CONS



ARTICLE I DECLARATION OF RIGHTS [SECTION 1 - SEC. 32]  ( Article 1 adopted 1879. )

SECTION 1.  All people are by nature free and independent and have inalienable rights. Among these are enjoying and defending life and liberty, acquiring, possessing, and protecting property, and pursuing and obtaining safety, happiness, and privacy.

(Sec. 1 added Nov. 5, 1974, by Proposition 7. Resolution Chapter 90, 1974.)

SEC. 2.  (a) Every person may freely speak, write and publish his or her sentiments on all subjects, being responsible for the abuse of this right. A law may not restrain or abridge liberty of speech or press.

SEC. 3.  (a) The people have the right to instruct their representatives, petition government for redress of grievances, and assemble freely to consult for the common good.

(b) (1) The people have the right of access to information concerning the conduct of the people's business, and, therefore, the meetings of public bodies and the writings of public officials and agencies shall be open to public scrutiny.

(2) A statute, court rule, or other authority, including those in effect on the effective date of this subdivision, shall be broadly construed if it furthers the people's right of access, and narrowly construed if it limits the right of access. A statute, court rule, or other authority adopted after the effective date of this subdivision that limits the right of access shall be adopted with findings demonstrating the interest protected by the limitation and the need for protecting that interest.

(3) Nothing in this subdivision supersedes or modifies the right of privacy guaranteed by Section 1 or affects the construction of any statute, court rule, or other authority to the extent that it protects that right to privacy, including any statutory procedures governing discovery or disclosure of information concerning the official performance or professional qualifications of a peace officer.

(4) Nothing in this subdivision supersedes or modifies any provision of this Constitution, including the guarantees that a person may not be deprived of life, liberty, or property without due process of law, or denied equal protection of the laws, as provided in Section 7.

(5) This subdivision does not repeal or nullify, expressly or by implication, any constitutional or statutory exception to the right of access to public records or meetings of public bodies that is in effect on the effective date of this subdivision, including, but not limited to, any statute protecting the confidentiality of law enforcement and prosecution records.

(6) Nothing in this subdivision repeals, nullifies, supersedes, or modifies protections for the confidentiality of proceedings and records of the Legislature, the Members of the Legislature, and its employees, committees, and caucuses provided by Section 7 of Article IV, state law, or legislative rules



adopted in furtherance of those provisions; nor does it affect the scope of permitted discovery in judicial or administrative proceedings regarding deliberations of the Legislature, the Members of the Legislature, and its employees, committees, and caucuses.

(7) In order to ensure public access to the meetings of public bodies and the writings of public officials and agencies, as specified in paragraph (1), each local agency is hereby required to comply with the California Public Records Act (Chapter 3.5 (commencing with Section 6250) of Division 7 of Title 1 of the Government Code) and the Ralph M. Brown Act (Chapter 9 (commencing with Section 54950) of Part 1 of Division 2 of Title 5 of the Government Code), and with any subsequent statutory enactment amending either act, enacting a successor act, or amending any successor act that contains findings demonstrating that the statutory enactment furthers the purposes of this section.

(Sec. 3 amended June 3, 2014, by Prop. 42. Res.Ch. 123, 2013.)

SEC. 4.  Free exercise and enjoyment of religion without discrimination or preference are guaranteed. This liberty of conscience does not excuse acts that are licentious or inconsistent with the peace or safety of the State. The Legislature shall make no law respecting an establishment of religion.

A person is not incompetent to be a witness or juror because of his or her opinions on religious beliefs.

(Sec. 4 added Nov. 5, 1974, by Prop. 7. Res.Ch. 90, 1974.)

(Sec. 5 added Nov. 5, 1974, by Prop. 7. Res.Ch. 90, 1974.)

SEC. 6.  Slavery is prohibited. Involuntary servitude is prohibited except to punish crime.

(Sec. 6 added Nov. 5, 1974, by Prop. 7. Res.Ch. 90, 1974.)

SEC. 7.  (a) A person may not be deprived of life, liberty, or property without due process of law or denied equal protection of the laws; provided, that nothing contained herein or elsewhere in this Constitution imposes upon the State of California or any public entity, board, or official any obligations or responsibilities which exceed those imposed by the Equal Protection Clause of the 14th Amendment to the United States Constitution with respect to the use of pupil school assignment or pupil transportation. In enforcing this subdivision or any other provision of this Constitution, no court of this State may impose upon the State of California or any public entity, board, or official any obligation or responsibility with respect to the use of pupil school assignment or pupil transportation, (1) except to remedy a specific violation by such party that would also constitute a violation of the Equal Protection Clause of the 14th Amendment to the United States Constitution, and (2) unless a federal court would be permitted under federal decisional law to impose that obligation or responsibility upon such party to remedy the specific violation of the Equal Protection Clause of the 14th Amendment of the United States Constitution.



Except as may be precluded by the Constitution of the United States, every existing judgment, decree, writ, or other order of a court of this State, whenever rendered, which includes provisions regarding pupil school assignment or pupil transportation, or which requires a plan including any such provisions shall, upon application to a court having jurisdiction by any interested person, be modified to conform to the provisions of this subdivision as amended, as applied to the facts which exist at the time of such modification.

In all actions or proceedings arising under or seeking application of the amendments to this subdivision proposed by the Legislature at its 1979–80 Regular Session, all courts, wherein such actions or proceedings are or may hereafter be pending, shall give such actions or proceedings first precedence over all other civil actions therein.

Nothing herein shall prohibit the governing board of a school district from voluntarily continuing or commencing a school integration plan after the effective date of this subdivision as amended.

In amending this subdivision, the Legislature and people of the State of California find and declare that this amendment is necessary to serve compelling public interests, including those of making the most effective use of the limited financial resources now and prospectively available to support public education, maximizing the educational opportunities and protecting the health and safety of all public school pupils, enhancing the ability of parents to participate in the educational process, preserving harmony and tranquility in this State and its public schools, preventing the waste of scarce fuel resources, and protecting the environment.

(b) A citizen or class of citizens may not be granted privileges or immunities not granted on the same terms to all citizens. Privileges or immunities granted by the Legislature may be altered or revoked.

(Subdivision (a) amended Nov. 6, 1979, by Prop. 1. Res.Ch. 18, 1979. Other Source: Entire Sec. 7 was added Nov. 5, 1974, by Prop. 7; Res.Ch. 90, 1974.)


SEC. 7.5.  Only marriage between a man and a woman is valid or recognized in California.

(Sec. 7.5 added Nov. 4, 2008, by Prop. 8. Initiative measure. Note: Ruled unconstitutional per Perry v. Schwarzenegger (N.D.Cal. 2010) 704 F.Supp.2d 921.)


SEC. 8.  A person may not be disqualified from entering or pursuing a business, profession, vocation, or employment because of sex, race, creed, color, or national or ethnic origin.

(Sec. 8 renumbered from Sec. 18 (of Art. 20) on Nov. 5, 1974, by Prop. 7. Res.Ch. 90, 1974.)


SEC. 9.  A bill of attainder, ex post facto law, or law impairing the obligation of contracts may not be passed.

(Sec. 9 added Nov. 5, 1974, by Prop. 7. Res.Ch. 90, 1974.)



SEC. 10.  Witnesses may not be unreasonably detained. A person may not be imprisoned in a civil action for debt or tort, or in peacetime for a militia fine.

(Sec. 10 added Nov. 5, 1974, by Prop. 7. Res.Ch. 90, 1974.)

SEC. 11.  Habeas corpus may not be suspended unless required by public safety in cases of rebellion or invasion.

(Sec. 11 added Nov. 5, 1974, by Prop. 7. Res.Ch. 90, 1974.)

SEC. 12.  A person shall be released on bail by sufficient sureties, except for:

(a) Capital crimes when the facts are evident or the presumption great;

(b) Felony offenses involving acts of violence on another person, or felony sexual assault offenses on another person, when the facts are evident or the presumption great and the court finds based upon clear and convincing evidence that there is a substantial likelihood the person's release would result in great bodily harm to others; or

(c) Felony offenses when the facts are evident or the presumption great and the court finds based on clear and convincing evidence that the person has threatened another with great bodily harm and that there is a substantial likelihood that the person would carry out the threat if released.

Excessive bail may not be required. In fixing the amount of bail, the court shall take into consideration the seriousness of the offense charged, the previous criminal record of the defendant, and the probability of his or her appearing at the trial or hearing of the case.

A person may be released on his or her own recognizance in the court's discretion.

(Sec. 12 amended Nov. 8, 1994, by Prop. 189. Res.Ch. 95, 1994.)

SEC. 13.  The right of the people to be secure in their persons, houses, papers, and effects against unreasonable seizures and searches may not be violated; and a warrant may not issue except on probable cause, supported by oath or affirmation, particularly describing the place to be searched and the persons and things to be seized.

(Sec. 13 added Nov. 5, 1974, by Prop. 7. Res.Ch. 90, 1974.)

SEC. 14.  Felonies shall be prosecuted as provided by law, either by indictment or, after examination and commitment by a magistrate, by information.

A person charged with a felony by complaint subscribed under penalty of perjury and on file in a court in the county where the felony is triable shall be taken without unnecessary delay before a magistrate of that court. The magistrate shall immediately give the defendant a copy of the complaint, inform the



defendant of the defendant's right to counsel, allow the defendant a reasonable time to send for counsel, and on the defendant's request read the complaint to the defendant. On the defendant's request the magistrate shall require a peace officer to transmit within the county where the court is located a message to counsel named by defendant.

A person unable to understand English who is charged with a crime has a right to an interpreter throughout the proceedings.

(Sec. 14 added Nov. 5, 1974, by Prop. 7. Res.Ch. 90, 1974.)


SEC. 14.1.  If a felony is prosecuted by indictment, there shall be no postindictment preliminary hearing.

(Sec. 14.1 added June 5, 1990, by Prop. 115. Initiative measure.)


SEC. 15.  The defendant in a criminal cause has the right to a speedy public trial, to compel attendance of witnesses in the defendant's behalf, to have the assistance of counsel for the defendant's defense, to be personally present with counsel, and to be confronted with the witnesses against the defendant. The Legislature may provide for the deposition of a witness in the presence of the defendant and the defendant's counsel.

Persons may not twice be put in jeopardy for the same offense, be compelled in a criminal cause to be a witness against themselves, or be deprived of life, liberty, or property without due process of law.

(Sec. 15 added Nov. 5, 1974, by Prop. 7. Res.Ch. 90, 1974.)


SEC. 16.  Trial by jury is an inviolate right and shall be secured to all, but in a civil cause three-fourths of the jury may render a verdict. A jury may be waived in a criminal cause by the consent of both parties expressed in open court by the defendant and the defendant's counsel. In a civil cause a jury may be waived by the consent of the parties expressed as prescribed by statute.

In civil causes the jury shall consist of 12 persons or a lesser number agreed on by the parties in open court. In civil causes other than causes within the appellate jurisdiction of the court of appeal the Legislature may provide that the jury shall consist of eight persons or a lesser number agreed on by the parties in open court.

In criminal actions in which a felony is charged, the jury shall consist of 12 persons. In criminal actions in which a misdemeanor is charged, the jury shall consist of 12 persons or a lesser number agreed on by the parties in open court.

(Sec. 16 amended June 2, 1998, by Prop. 220. Res.Ch. 36, 1996.)


SEC. 17.  Cruel or unusual punishment may not be inflicted or excessive fines imposed.

(Sec. 17 added Nov. 5, 1974, by Prop. 7. Res.Ch. 90, 1974.)



SEC. 18.  Treason against the State consists only in levying war against it, adhering to its enemies, or giving them aid and comfort. A person may not be convicted of treason except on the evidence of two witnesses to the same overt act or by confession in open court.

(Sec. 18 added Nov. 5, 1974, by Prop. 7. Res.Ch. 90, 1974.)


SEC. 19.  (a) Private property may be taken or damaged for a public use and only when just compensation, ascertained by a jury unless waived, has first been paid to, or into court for, the owner. The Legislature may provide for possession by the condemnor following commencement of eminent domain proceedings upon deposit in court and prompt release to the owner of money determined by the court to be the probable amount of just compensation.

(b) The State and local governments are prohibited from acquiring by eminent domain an owner-occupied residence for the purpose of conveying it to a private person.

(c) Subdivision (b) of this section does not apply when State or local government exercises the power of eminent domain for the purpose of protecting public health and safety; preventing serious, repeated criminal activity; responding to an emergency; or remedying environmental contamination that poses a threat to public health and safety.

(d) Subdivision (b) of this section does not apply when State or local government exercises the power of eminent domain for the purpose of acquiring private property for a public work or improvement.

(e) For the purpose of this section:

1. "Conveyance" means a transfer of real property whether by sale, lease, gift, franchise, or otherwise.

2. "Local government" means any city, including a charter city, county, city and county, school district, special district, authority, regional entity, redevelopment agency, or any other political subdivision within the State.

3. "Owner-occupied residence" means real property that is improved with a single-family residence such as a detached home, condominium, or townhouse and that is the owner or owners' principal place of residence for at least one year prior to the State or local government's initial written offer to purchase the property. Owner-occupied residence also includes a residential dwelling unit attached to or detached from such a single-family residence which provides complete independent living facilities for one or more persons.

4. "Person" means any individual or association, or any business entity, including, but not limited to, a partnership, corporation, or limited liability company.

5. "Public work or improvement" means facilities or infrastructure for the delivery of public services such as education, police, fire protection, parks, recreation, emergency medical, public health, libraries, flood protection, streets or highways, public transit, railroad, airports and seaports; utility, common carrier or other similar projects such as energy-related, communication-related, water-related and wastewater-related facilities or infrastructure; projects identified by a State or local government for



recovery from natural disasters; and private uses incidental to, or necessary for, the public work or improvement.

6. "State" means the State of California and any of its agencies or departments.

(Sec. 19 amended June 3, 2008, by Prop. 99. Initiative measure.)

SEC. 20.  Noncitizens have the same property rights as citizens.

(Sec. 20 added Nov. 5, 1974, by Prop. 7. Res.Ch. 90, 1974.)

SEC. 21.  Property owned before marriage or acquired during marriage by gift, will, or inheritance is separate property.

(Sec. 21 renumbered from Sec. 8 (of Art. 20) on Nov. 5, 1974, by Prop. 7. Res.Ch. 90, 1974.)

SEC. 22.  The right to vote or hold office may not be conditioned by a property qualification.

(Sec. 22 added Nov. 5, 1974, by Prop. 7. Res.Ch. 90, 1974.)

SEC. 23.  One or more grand juries shall be drawn and summoned at least once a year in each county.

(Sec. 23 added Nov. 5, 1974, by Prop. 7. Res.Ch. 90, 1974.)

SEC. 24.  Rights guaranteed by this Constitution are not dependent on those guaranteed by the United States Constitution.

In criminal cases the rights of a defendant to equal protection of the laws, to due process of law, to the assistance of counsel, to be personally present with counsel, to a speedy and public trial, to compel the attendance of witnesses, to confront the witnesses against him or her, to be free from unreasonable searches and seizures, to privacy, to not be compelled to be a witness against himself or herself, to not be placed twice in jeopardy for the same offense, and to not suffer the imposition of cruel or unusual punishment, shall be construed by the courts of this State in a manner consistent with the Constitution of the United States. This Constitution shall not be construed by the courts to afford greater rights to criminal defendants than those afforded by the Constitution of the United States, nor shall it be construed to afford greater rights to minors in juvenile proceedings on criminal causes than those afforded by the Constitution of the United States.

This declaration of rights may not be construed to impair or deny others retained by the people.

(Sec. 24 amended June 5, 1990, by Prop. 115. Initiative measure.)



Section 25.  The people shall have the right to fish upon and from the public lands of the State and in the waters thereof, excepting upon lands set aside for fish hatcheries, and no land owned by the State shall ever be sold or transferred without reserving in the people the absolute right to fish thereupon; and no law shall ever be passed making it a crime for the people to enter upon the public lands within this State for the purpose of fishing in any water containing fish that have been planted therein by the State; provided, that the legislature may by statute, provide for the season when and the conditions under which the different species of fish may be taken.

(Sec. 25 added Nov. 8, 1910, by A.C.A. 14. Res.Ch. 44, 1909.)


SEC. 26.  The provisions of this Constitution are mandatory and prohibitory, unless by express words they are declared to be otherwise.

(Sec. 26 renumbered from Sec. 28 on June 8, 1976, by Prop. 14. Res.Ch. 5, 1976.)


SEC. 27.  All statutes of this State in effect on February 17, 1972, requiring, authorizing, imposing, or relating to the death penalty are in full force and effect, subject to legislative amendment or repeal by statute, initiative, or referendum.

The death penalty provided for under those statutes shall not be deemed to be, or to constitute, the infliction of cruel or unusual punishments within the meaning of Article 1, Section 6 nor shall such punishment for such offenses be deemed to contravene any other provision of this constitution.

(Sec. 27 added Nov. 7, 1972, by Prop. 17. Initiative measure.)


SEC. 28.  (a) The People of the State of California find and declare all of the following:

(1) Criminal activity has a serious impact on the citizens of California. The rights of victims of crime and their families in criminal prosecutions are a subject of grave statewide concern.

(2) Victims of crime are entitled to have the criminal justice system view criminal acts as serious threats to the safety and welfare of the people of California. The enactment of comprehensive provisions and laws ensuring a bill of rights for victims of crime, including safeguards in the criminal justice system fully protecting those rights and ensuring that crime victims are treated with respect and dignity, is a matter of high public importance. California's victims of crime are largely dependent upon the proper functioning of government, upon the criminal justice system and upon the expeditious enforcement of the rights of victims of crime described herein, in order to protect the public safety and to secure justice when the public safety has been compromised by criminal activity.

(3) The rights of victims pervade the criminal justice system. These rights include personally held and enforceable rights described in paragraphs (1) through (17) of subdivision (b).

(4) The rights of victims also include broader shared collective rights that are held in common with all of the People of the State of California and that are enforceable through the enactment of laws and through good-faith efforts and actions of California's elected, appointed, and publicly employed officials.



These rights encompass the expectation shared with all of the people of California that persons who commit felonious acts causing injury to innocent victims will be appropriately and thoroughly investigated, appropriately detained in custody, brought before the courts of California even if arrested outside the State, tried by the courts in a timely manner, sentenced, and sufficiently punished so that the public safety is protected and encouraged as a goal of highest importance.

(5) Victims of crime have a collectively shared right to expect that persons convicted of committing criminal acts are sufficiently punished in both the manner and the length of the sentences imposed by the courts of the State of California. This right includes the right to expect that the punitive and deterrent effect of custodial sentences imposed by the courts will not be undercut or diminished by the granting of rights and privileges to prisoners that are not required by any provision of the United States Constitution or by the laws of this State to be granted to any person incarcerated in a penal or other custodial facility in this State as a punishment or correction for the commission of a crime.

(6) Victims of crime are entitled to finality in their criminal cases. Lengthy appeals and other post-judgment proceedings that challenge criminal convictions, frequent and difficult parole hearings that threaten to release criminal offenders, and the ongoing threat that the sentences of criminal wrongdoers will be reduced, prolong the suffering of crime victims for many years after the crimes themselves have been perpetrated. This prolonged suffering of crime victims and their families must come to an end.

(7) Finally, the People find and declare that the right to public safety extends to public and private primary, elementary, junior high, and senior high school, and community college, California State University, University of California, and private college and university campuses, where students and staff have the right to be safe and secure in their persons.

(8) To accomplish the goals it is necessary that the laws of California relating to the criminal justice process be amended in order to protect the legitimate rights of victims of crime.

(b) In order to preserve and protect a victim's rights to justice and due process, a victim shall be entitled to the following rights:

(1) To be treated with fairness and respect for his or her privacy and dignity, and to be free from intimidation, harassment, and abuse, throughout the criminal or juvenile justice process.

(2) To be reasonably protected from the defendant and persons acting on behalf of the defendant.

(3) To have the safety of the victim and the victim's family considered in fixing the amount of bail and release conditions for the defendant.

(4) To prevent the disclosure of confidential information or records to the defendant, the defendant's attorney, or any other person acting on behalf of the defendant, which could be used to locate or harass the victim or the victim's family or which disclose confidential communications made in the course of medical or counseling treatment, or which are otherwise privileged or confidential by law.

(5) To refuse an interview, deposition, or discovery request by the defendant, the defendant's attorney, or any other person acting on behalf of the defendant, and to set reasonable conditions on the conduct of any such interview to which the victim consents.



(6) To reasonable notice of and to reasonably confer with the prosecuting agency, upon request, regarding, the arrest of the defendant if known by the prosecutor, the charges filed, the determination whether to extradite the defendant, and, upon request, to be notified of and informed before any pretrial disposition of the case.

(7) To reasonable notice of all public proceedings, including delinquency proceedings, upon request, at which the defendant and the prosecutor are entitled to be present and of all parole or other post-conviction release proceedings, and to be present at all such proceedings.

(8) To be heard, upon request, at any proceeding, including any delinquency proceeding, involving a post-arrest release decision, plea, sentencing, post-conviction release decision, or any proceeding in which a right of the victim is at issue.

(9) To a speedy trial and a prompt and final conclusion of the case and any related post-judgment proceedings.

(10) To provide information to a probation department official conducting a pre-sentence investigation concerning the impact of the offense on the victim and the victim's family and any sentencing recommendations before the sentencing of the defendant.

(11) To receive, upon request, the pre-sentence report when available to the defendant, except for those portions made confidential by law.

(12) To be informed, upon request, of the conviction, sentence, place and time of incarceration, or other disposition of the defendant, the scheduled release date of the defendant, and the release of or the escape by the defendant from custody.

(13) To restitution.

(A) It is the unequivocal intention of the People of the State of California that all persons who suffer losses as a result of criminal activity shall have the right to seek and secure restitution from the persons convicted of the crimes causing the losses they suffer.

(B) Restitution shall be ordered from the convicted wrongdoer in every case, regardless of the sentence or disposition imposed, in which a crime victim suffers a loss.

(C) All monetary payments, monies, and property collected from any person who has been ordered to make restitution shall be first applied to pay the amounts ordered as restitution to the victim.

(14) To the prompt return of property when no longer needed as evidence.

(15) To be informed of all parole procedures, to participate in the parole process, to provide information to the parole authority to be considered before the parole of the offender, and to be notified, upon request, of the parole or other release of the offender.

(16) To have the safety of the victim, the victim's family, and the general public considered before any parole or other post-judgment release decision is made.

(17) To be informed of the rights enumerated in paragraphs (1) through (16).



(c) (1) A victim, the retained attorney of a victim, a lawful representative of the victim, or the prosecuting attorney upon request of the victim, may enforce the rights enumerated in subdivision (b) in any trial or appellate court with jurisdiction over the case as a matter of right. The court shall act promptly on such a request.

(2) This section does not create any cause of action for compensation or damages against the State, any political subdivision of the State, any officer, employee, or agent of the State or of any of its political subdivisions, or any officer or employee of the court.

(d) The granting of these rights to victims shall not be construed to deny or disparage other rights possessed by victims. The court in its discretion may extend the right to be heard at sentencing to any person harmed by the defendant. The parole authority shall extend the right to be heard at a parole hearing to any person harmed by the offender.

(e) As used in this section, a "victim" is a person who suffers direct or threatened physical, psychological, or financial harm as a result of the commission or attempted commission of a crime or delinquent act. The term "victim" also includes the person's spouse, parents, children, siblings, or guardian, and includes a lawful representative of a crime victim who is deceased, a minor, or physically or psychologically incapacitated. The term "victim" does not include a person in custody for an offense, the accused, or a person whom the court finds would not act in the best interests of a minor victim.

(f) In addition to the enumerated rights provided in subdivision (b) that are personally enforceable by victims as provided in subdivision (c), victims of crime have additional rights that are shared with all of the People of the State of California. These collectively held rights include, but are not limited to, the following:

(1) Right to Safe Schools.All students and staff of public primary, elementary, junior high, and senior high schools, and community colleges, colleges, and universities have the inalienable right to attend campuses which are safe, secure and peaceful.

(2) Right to Truth-in-Evidence.Except as provided by statute hereafter enacted by a two-thirds vote of the membership in each house of the Legislature, relevant evidence shall not be excluded in any criminal proceeding, including pretrial and post conviction motions and hearings, or in any trial or hearing of a juvenile for a criminal offense, whether heard in juvenile or adult court. Nothing in this section shall affect any existing statutory rule of evidence relating to privilege or hearsay, or Evidence Code Sections 352, 782 or 1103. Nothing in this section shall affect any existing statutory or constitutional right of the press.

(3) Public Safety Bail. A person may be released on bail by sufficient sureties, except for capital crimes when the facts are evident or the presumption great. Excessive bail may not be required. In setting, reducing or denying bail, the judge or magistrate shall take into consideration the protection of the public, the safety of the victim, the seriousness of the offense charged, the previous criminal record of the defendant, and the probability of his or her appearing at the trial or hearing of the case. Public safety and the safety of the victim shall be the primary considerations.

A person may be released on his or her own recognizance in the court's discretion, subject to the same factors considered in setting bail.

(7)

Before any person arrested for a serious felony may be released on bail, a hearing may be held before the magistrate or judge, and the prosecuting attorney and the victim shall be given notice and reasonable opportunity to be heard on the matter.

When a judge or magistrate grants or denies bail or release on a person's own recognizance, the reasons for that decision shall be stated in the record and included in the court's minutes.

(4) Use of Prior Convictions. Any prior felony conviction of any person in any criminal proceeding, whether adult or juvenile, shall subsequently be used without limitation for purposes of impeachment or enhancement of sentence in any criminal proceeding. When a prior felony conviction is an element of any felony offense, it shall be proven to the trier of fact in open court.

(5) Truth in Sentencing. Sentences that are individually imposed upon convicted criminal wrongdoers based upon the facts and circumstances surrounding their cases shall be carried out in compliance with the courts' sentencing orders, and shall not be substantially diminished by early release policies intended to alleviate overcrowding in custodial facilities. The legislative branch shall ensure sufficient funding to adequately house inmates for the full terms of their sentences, except for statutorily authorized credits which reduce those sentences.

(6) Reform of the parole process. The current process for parole hearings is excessive, especially in cases in which the defendant has been convicted of murder. The parole hearing process must be reformed for the benefit of crime victims.

(g) As used in this article, the term "serious felony" is any crime defined in subdivision (c) of Section 1192.7 of the Penal Code, or any successor statute.

(Sec. 28 amended Nov. 4, 2008, by Prop. 9. Initiative measure.)


SEC. 29.  In a criminal case, the people of the State of California have the right to due process of law and to a speedy and public trial.

(Sec. 29 added June 5, 1990, by Prop. 115. Initiative measure.)


SEC. 30.  (a) This Constitution shall not be construed by the courts to prohibit the joining of criminal cases as prescribed by the Legislature or by the people through the initiative process.

(b) In order to protect victims and witnesses in criminal cases, hearsay evidence shall be admissible at preliminary hearings, as prescribed by the Legislature or by the people through the initiative process.

(c) In order to provide for fair and speedy trials, discovery in criminal cases shall be reciprocal in nature, as prescribed by the Legislature or by the people through the initiative process.

(Sec. 30 added June 5, 1990, by Prop. 115. Initiative measure.)



SEC. 31.  (a) The State shall not discriminate against, or grant preferential treatment to, any individual or group on the basis of race, sex, color, ethnicity, or national origin in the operation of public employment, public education, or public contracting.

(b) This section shall apply only to action taken after the section's effective date.

(c) Nothing in this section shall be interpreted as prohibiting bona fide qualifications based on sex which are reasonably necessary to the normal operation of public employment, public education, or public contracting.

(d) Nothing in this section shall be interpreted as invalidating any court order or consent decree which is in force as of the effective date of this section.

(e) Nothing in this section shall be interpreted as prohibiting action which must be taken to establish or maintain eligibility for any federal program, where ineligibility would result in a loss of federal funds to the State.

(f) For the purposes of this section, "State" shall include, but not necessarily be limited to, the State itself, any city, county, city and county, public university system, including the University of California, community college district, school district, special district, or any other political subdivision or governmental instrumentality of or within the State.

(g) The remedies available for violations of this section shall be the same, regardless of the injured party's race, sex, color, ethnicity, or national origin, as are otherwise available for violations of then-existing California antidiscrimination law.

(h) This section shall be self-executing. If any part or parts of this section are found to be in conflict with federal law or the United States Constitution, the section shall be implemented to the maximum extent that federal law and the United States Constitution permit. Any provision held invalid shall be severable from the remaining portions of this section.

(Sec. 31 added Nov. 5, 1996, by Prop. 209. Initiative measure.)


SEC. 32.  (a) The following provisions are hereby enacted to enhance public safety, improve rehabilitation, and avoid the release of prisoners by federal court order, notwithstanding anything in this article or any other provision of law:

(1) Parole Consideration: Any person convicted of a nonviolent felony offense and sentenced to state prison shall be eligible for parole consideration after completing the full term for his or her primary offense.

(A) For purposes of this section only, the full term for the primary offense means the longest term of imprisonment imposed by the court for any offense, excluding the imposition of an enhancement, consecutive sentence, or alternative sentence.

(2) Credit Earning: The Department of Corrections and Rehabilitation shall have authority to award credits earned for good behavior and approved rehabilitative or educational achievements.

(b) The Department of Corrections and Rehabilitation shall adopt regulations in furtherance of these provisions, and the Secretary of the Department of Corrections and Rehabilitation shall certify that these regulations protect and enhance public safety.

(Sec. 32 added Nov. 8, 2016, by Prop. 57. Initiative measure.)

Penal Code 278 PC – California Child Abduction Law

☑→Sanchez was never admitted to a pshyeward and was cleared on june3rd of Downey's requested eval of a 5150hold review.



June3rd is the day a.s disappeared while being watched by on staff police dept. officials waiting for Sanchez's eval to clear or further steps for sons care if admitted .Social services never contacted Sanchez for an investigation into any alleged pshye hold or eval or abuse allegations . 🏚📷

Search Phrase:

CODE TEXT

WELFARE AND INSTITUTIONS CODE - WIC

DIVISION 5. COMMUNITY MENTAL HEALTH SERVICES [5000 - 5952]  ( Division 5 repealed and added by Stats. 1967, Ch. 1667. )

PART 1. THE LANTERMAN-PETRIS-SHORT ACT [5000 - 5556]  ( Heading of Part 1 amended by Stats. 1968, Ch. 1374. )

CHAPTER 2. Involuntary Treatment [5150 - 5349.1]  ( Chapter 2 added by Stats. 1967, Ch. 1667. )

ARTICLE 1. Detention of Mentally Disordered Persons for Evaluation and Treatment [5150 - 5155]  ( Heading of Article 1 amended by Stats. 1969, Ch. 1472. )

5150.

(a) When a person, as a result of a mental health disorder, is a danger to others, or to himself or herself, or gravely disabled, a peace officer, professional person in charge of a facility designated by the county for evaluation and treatment, member of the attending staff, as defined by regulation, of a facility designated by the county for evaluation and treatment, designated members of a mobile crisis team, or professional person designated by the county may, upon probable cause, take, or cause to be taken, the person into custody for a period of up to 72 hours for assessment, evaluation, and crisis intervention, or placement for evaluation and treatment in a facility designated by the county for evaluation and treatment and approved by the State Department of Health Care Services. At a minimum, assessment, as defined in Section 5150.4, and evaluation, as defined in subdivision (a) of Section 5008, shall be conducted and provided on an ongoing basis. Crisis intervention, as defined in subdivision (e) of Section 5008, may be provided concurrently with assessment, evaluation, or any other service.

(b) When determining if a person should be taken into custody pursuant to subdivision (a), the individual making that determination shall apply the provisions of Section 5150.05, and shall not be limited to consideration of the danger of imminent harm.

(c) The professional person in charge of a facility designated by the county for evaluation and treatment, member of the attending staff, or professional person designated by the county shall assess the person



to determine whether he or she can be properly served without being detained. If, in the judgment of the professional person in charge of the facility designated by the county for evaluation and treatment, member of the attending staff, or professional person designated by the county, the person can be properly served without being detained, he or she shall be provided evaluation, crisis intervention, or other inpatient or outpatient services on a voluntary basis. Nothing in this subdivision shall be interpreted to prevent a peace officer from delivering individuals to a designated facility for assessment under this section. Furthermore, the assessment requirement of this subdivision shall not be interpreted to require peace officers to perform any additional duties other than those specified in Sections 5150.1 and 5150.2.

(d) Whenever a person is evaluated by a professional person in charge of a facility designated by the county for evaluation or treatment, member of the attending staff, or professional person designated by the county and is found to be in need of mental health services, but is not admitted to the facility, all available alternative services provided pursuant to subdivision (c) shall be offered as determined by the county mental health director.

(e) If, in the judgment of the professional person in charge of the facility designated by the county for evaluation and treatment, member of the attending staff, or the professional person designated by the county, the person cannot be properly served without being detained, the admitting facility shall require an application in writing stating the circumstances under which the person's condition was called to the attention of the peace officer, professional person in charge of the facility designated by the county for evaluation and treatment, member of the attending staff, or professional person designated by the county, and stating that the peace officer, professional person in charge of the facility designated by the county for evaluation and treatment, member of the attending staff, or professional person designated by the county has probable cause to believe that the person is, as a result of a mental health disorder, a danger to others, or to himself or herself, or gravely disabled. The application shall also record whether the historical course of the person's mental disorder was considered in the determination, pursuant to Section 5150.05. If the probable cause is based on the statement of a person other than the peace officer, professional person in charge of the facility designated by the county for evaluation and treatment, member of the attending staff, or professional person designated by the county, the person shall be liable in a civil action for intentionally giving a statement that he or she knows to be false. A copy of the application shall be treated as the original.

(f) At the time a person is taken into custody for evaluation, or within a reasonable time thereafter, unless a responsible relative or the guardian or conservator of the person is in possession of the person's personal property, the person taking him or her into custody shall take reasonable precautions to preserve and safeguard the personal property in the possession of or on the premises occupied by the person. The person taking him or her into custody shall then furnish to the court a report generally describing the person's property so preserved and safeguarded and its disposition, in substantially the form set forth in Section 5211, except that if a responsible relative or the guardian or conservator of the person is in possession of the person's property, the report shall include only the name of the relative or



guardian or conservator and the location of the property, whereupon responsibility of the person taking him or her into custody for that property shall terminate. As used in this section, "responsible relative" includes the spouse, parent, adult child, domestic partner, grandparent, grandchild, or adult brother or sister of the person.

(g) (1) Each person, at the time he or she is first taken into custody under this section, shall be provided, by the person who takes him or her into custody, the following information orally in a language or modality accessible to the person. If the person cannot understand an oral advisement, the information shall be provided in writing. The information shall be in substantially the following form:

My name is  .

I am a  _____ (peace officer/mental health professional) _____ .

with  _____ (name of agency) _____ .

You are not under criminal arrest, but I am taking you for an examination by mental health professionals at .

_____ (name of facility) _____

You will be told your rights by the mental health staff.

(2) If taken into custody at his or her own residence, the person shall also be provided the following information:

You may bring a few personal items with you, which I will have to approve. Please inform me if you need assistance turning off any appliance or water. You may make a phone call and leave a note to tell your friends or family where you have been taken.



(h) The designated facility shall keep, for each patient evaluated, a record of the advisement given pursuant to subdivision (g) which shall include all of the following:

(1) The name of the person detained for evaluation.

(2) The name and position of the peace officer or mental health professional taking the person into custody.

(3) The date the advisement was completed.

(4) Whether the advisement was completed.

(5) The language or modality used to give the advisement.

(6) If the advisement was not completed, a statement of good cause, as defined by regulations of the State Department of Health Care Services.

(I) (1) Each person admitted to a facility designated by the county for evaluation and treatment shall be given the following information by admission staff of the facility. The information shall be given orally and in writing and in a language or modality accessible to the person. The written information shall be available to the person in English and in the language that is the person's primary means of communication. Accommodations for other disabilities that may affect communication shall also be provided. The information shall be in substantially the following form:

My name is  .

My position here is  .

You are being placed into this psychiatric facility because it is our professional opinion that, as a result of a mental health disorder, you are likely to (check applicable):

☐ Harm yourself.



☐ Harm someone else.

☐ Be unable to take care of your own food, clothing, and housing needs.

We believe this is true because

(list of the facts upon which the allegation of dangerous

or gravely disabled due to mental health disorder is based, including pertinent

facts arising from the admission interview).

You will be held for a period up to 72 hours. During the 72 hours you may also be transferred to another facility. You may request to be evaluated or treated at a facility of your choice. You may request to be evaluated or treated by a mental health professional of your choice. We cannot guarantee the facility or mental health professional you choose will be available, but we will honor your choice if we can.

During these 72 hours you will be evaluated by the facility staff, and you may be given treatment, including medications. It is possible for you to be released before the end of the 72 hours. But if the staff decides that you need continued treatment you can be held for a longer period of time. If you are held longer than 72 hours, you have the right to a lawyer and a qualified interpreter and a hearing before a judge. If you are unable to pay for the lawyer, then one will be provided to you free of charge.

If you have questions about your legal rights, you may contact the county Patients' Rights Advocate at _____ (phone number for the county Patients' Rights Advocacy office) _____ .

Your 72-hour period began _____ (date/time) _____ .

(2) If the notice is given in a county where weekends and holidays are excluded from the 72-hour period, the patient shall be informed of this fact.

(j) For each patient admitted for evaluation and treatment, the facility shall keep with the patient's medical record a record of the advisement given pursuant to subdivision (I), which shall include all of the following:

(1) The name of the person performing the advisement.



(2) The date of the advisement.

(3) Whether the advisement was completed.

(4) The language or modality used to communicate the advisement.

(5) If the advisement was not completed, a statement of good cause.

(Amended by Stats. 2018, Ch. 258, Sec. 1. (AB 2099) Effective January 1, 2019.)



























Petioner: KRissy Sanchez Ramsell
            X
        THEsyRamsell

(3)

**UNITED STATES DISTRICT COURT**
**District of New Mexico**

CM/ECF PRO SE NOTIFICATION FORM
Case Management/Electronic Case Files

This form is used to elect the type of notification of filing to be received from the Court's Case Management/Electronic Case File (CM/ECF) system. Please select only **ONE** type of notification and complete the necessary information.

**PLEASE TYPE or PRINT**

| Please enter party information | |
|---|---|
| Case Number: | |
| First/Middle/Last Name: | Krissy/M/Ramsell Sanclez |
| Contact Phone Number: | 442 306 4002 <span style="float:right">(Include Area Code)</span> |
| Complete the following information for **either** a P.O. Box **or** physical address, not both. | |
| Address: | 807 Roosevelt AVE |
| City/State/Zip: | Grants New Mexico 87020 |

| Please choose the method of notification (select only one) | |
|---|---|
| ○ | I elect to receive notification via **postal mail** <br> (Using the address entered above, **either** a P.O. Box **or** physical address.) |
| ☒ | I elect to receive notification via **E-Mail** ** <br> (Complete the following information) Janedoematters@gmail.com |
| E-Mail Address: | JANEDOEMATTERS@gmail.com |
| ○ | I elect to receive notification via **Fax** ** <br> (Complete the following information.  Failures due to invalid or busy fax numbers will be delivered via postal mail to the address above.) |
| FAX Number: | <span style="float:right">(Include Area Code)</span> |

**For Fax or E-mail, by submitting this notification form, the undersigned consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) and 77(d) via the Court's electronic filing system.  Repeated failures, of either the fax number or e-mail address, will result in the information being removed from the case and subsequent notifications will be delivered via postal mail.

Krissy Ramsell

Signature

2-2-2022

Date

**Submission:**   You may submit this completed **AND** signed form via one the following:

| Mail | Fax | E-Mail |
|---|---|---|
| United States District Court <br> ATTN:  CM/ECF Notifications <br> 333 Lomas Blvd NW, Suite 270 <br> Albuquerque, NM, 87102 | 505-348-2028 | cmecf@nmcourt.fed.us <br><br> (Scan to PDF file format) |

*Note: Questions regarding this form may be directed to our CM/ECF Help Desk at (505) 348-2075 or via email (at the above email address).*

Kelsey Sinclair Ramsey
807 E Roosevelt Ave
Grants New Mexico
    87020

CERTIFIED MAIL

7021 0950 0000 2383 8145



FIRST-CLASS

PITNEY BOWES

US POSTAGE

02 7H    $ 009.96⁰
0001346472   FEB 04 2022
MAILED FROM ZIP CODE 87049

RETURN RECEIPT
REQUESTED

Albequerque / District of New Mexico

333 lomas Blvd NW
Albuquerque, NM 87102



RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 0 7 2022

MITCHELL R. ELFERS
CLERK