# U.S. District Court
## United States District Court – District of New Mexico (Albuquerque)
### CIVIL DOCKET FOR CASE #: 1:22−cv−00085−LF

Ramsell−Sanchez v. Trump et al  
Assigned to:  
Referred to: Magistrate Judge Laura Fashing  
Cause: 42:1983 Civil Rights Act  

Date Filed: 02/07/2022  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**Krissy Ramsell−Sanchez**    represented by    **Krissy Ramsell−Sanchez**  
807 Roosevelt Ave.  
Grants, NM 87020  
Email: Janedoematters@gmail.com  
PRO SE

V.

**Defendant**

**Donald Trump**

**Defendant**

**Dpt of Los Angeles Board of Supervisors**

**Defendant**

**Downey Police Department**

**Defendant**

**Officer 1−5**

**Defendant**

**Social Worker 1−5**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/07/2022 | Ï 1 | COMPLAINT against All Defendants, filed by Krissy Ramsell−Sanchez. (jg) (Entered: 02/07/2022) |
| 02/07/2022 | Ï 2 | MOTION to Proceed under 28 U.S.C. 1915 by Krissy Ramsell−Sanchez. (jg) (Entered: 02/07/2022) |
| 02/07/2022 | Ï | United States Magistrate Judge Laura Fashing assigned. (jg) (Entered: 02/07/2022) |
| 02/07/2022 | Ï 3 | PLEASE TAKE NOTICE that United States Magistrate Judge Laura Fashing has been assigned for a 28 U.S.C. 1915 review. (jg) [THIS IS A TEXT−ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 02/07/2022) |
| 02/08/2022 | Ï 4 | MEMORANDUM OPINION AND ORDER TRANSFERRING CASE TO THE CENTRAL DISTRICT OF CALIFORNIA by Magistrate Judge Laura Fashing. (ccp) (Entered: 02/08/2022) |